Gretha M. HURST, Plaintiff–Appellant,

v.

HOME DEPOT U.S.A., INCORPO-
RATED, a/k/a Home Depot,
Defendant–Appellee.

No. 00–1899.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 8, 2001.

G. Thomas Hill, Hill, Hill & Hill, Raven-
el, SC, for appellant. James H. Elliott,
Jr., Barnwell, Whaley, Patterson & Helms,
L.L.C., Charleston, SC, for appellee.

Before LUTTIG, WILLIAMS, and
TRAXLER, Circuit Judges.

PER CURIAM.

Gretha M. Hurst appeals the district
court's order granting summary judgment
in Appellee's favor in this personal injury
action. We have reviewed the parties'
briefs, the joint appendix, and the district
court's opinion and find no reversible er-
ror. Accordingly, we affirm on the reason-
ing of the district court. *See Hurst v.
Home Depot U.S.A., Inc.* No. CA–99–
1334–2–11 (D.S.C. June 20, 2000). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument will not aid the decisional
process.

*AFFIRMED.*